AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
IN CLERKS OFFICE
2004 JUN 10 A 11:09
US DISTRICT COURT

Comcast of SNE, Inc.

v.

Francisco Macedo

**SUMMONS IN A CIVIL CASE**

03cv 12296 RGS

CASE NUMBER:

TO: (Name and address of Defendant)

Francisco Macedo
58 Woodlawn Street, Floor 2
New Bedford, MA 02744

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

DATE  11/17/03

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

**Bristol, ss.**

December 17, 2003

By virtue of this writ I have made diligent search for the within-named Francisco Macedo and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Diligent Search ($10.00) Total Charges $10.00

_____
Deputy Sheriff

Deputy Sheriff Floyd L Carr

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
           Date                   Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.